No. 682, Misc.   VEGA-MURRILLO *v.* LOONEY, WARDEN. C. A. 10th Cir.   Certiorari denied.

No. 685, Misc.   CORBIN *v.* BANMILLER, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 688, Misc.   LEHNER *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 691, Misc.   REESE *v.* SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 692, Misc.   ROBINSON *v.* SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 694, Misc.   SONS *v.* FLORIDA.   Supreme Court of Florida.   Certiorari denied.

No. 696, Misc.   GILSON *v.* KEENAN, WARDEN.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 697, Misc.   BUCANIS *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 698, Misc.   MIKKA *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 703, Misc.   DUNCAN *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   C. A. 9th Cir. Certiorari denied.